UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT MARGOLIES,<br><br>        Plaintiff,<br><br>    -against-<br><br>JEN RUDOLPH a/k/a JENNIFER RUDOLPH and THE ACTOR'S GREEN ROOM, LLC,<br><br>        Defendants. | Case No.: 21-cv-02447-SJB<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF STEPHEN REICH IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSTION TO DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

I, STEPHEN REICH, Esq. under penalty of perjury, declare as follows:

1. I am counsel for Defendant Jen Rudolph a/k/a Jennifer Rudolph and The Actor's Green Room LLC., an attorney duly admitted to practice before the Courts of the Eastern District of New York.

2. I submit this declaration in support of Defendant Rudolph's Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss the Amended Complaint ("Reply".

3. Attached as "**Exhibit 1**" is Defendant Rudolph's Affidavit in Support of the Reply

and exhibits A- G attached thereto.

4. Attached as "**Exhibit 2**" is a text from Plaintiff Rob Margolies to a friend of Defendant Jennifer Rudolph that she forwarded to me.

Dated  September 9, 2021
New York, New York

_____
Stephen Reich, Esq.
Attorney for Defendant
745 Boylston Street, 7th Floor
Boston, MA 02116
(917) 204-7024